# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 12-cr-0230-9 |
| TOMMY FIGUEROA | : | |

## ORDER

**AND NOW**, this **31st** day of **October 2025**, upon consideration of Defendant's Motion for Early Termination of Supervised Release (ECF No. 524), the Government's Response (ECF No. 527), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 524) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**